1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3

FILED

2009 FEB 13 P 2: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

MAG

11

12  UNITED STATES OF AMERICA,          CR-09 00152
                                    )
13          Plaintiff,                  )    VIOLATION: 18 U.S.C. § 1012 - False
                                    )    Statement to United States Department of
14      v.                              )    Housing and Urban Development (Class A
                                    )    Misdemeanor)
15  BLANCA GOMEZ,                       )
                                    )
16          Defendant.                  )
                                    )
17                                      )
                                    )
18  _____)

19                      INFORMATION

20  The United States Attorney charges:

21      On or about November 9, 2005, in the Northern District of California, the defendant,

22                      BLANCA GOMEZ,

23  did knowingly and with the intent to defraud make a materially false statement to the Housing

24  Authority of the County of Santa Clara, which administers the Section 8 Housing Choice

25  Voucher program for the United States Department of Housing and Urban Development, to wit;

26  //

27  //

28  //

INFORMATION                         1

by failing to accurately report her income on the Housing Authority of the County of Santa Clara's Income and Asset Statement, in violation of Title 18, United States Code, Section 1012, a Class A misdemeanor.

Dated: 2/12/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: CHRISTOPHER JUDGE
Law Clerk

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1012 - False Statement to United
States Department of Housing and Urban
Development

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:
1 year imprisonment; $100,000 fine; $25 special assessment; 1
year supervised release

*E-filing*

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)
HUD- OIG

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM        **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Susan Knight

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── DEFENDANT - U.S. ───

2009 FEB 13 P 2: 52

Blanca Gomez

RICHARD W. WIEKING
DISTRICT COURT NUMBER CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

MAG

# CR-09 00152

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
      charges          } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No        give date
                           filed

DATE OF
ARREST ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶       Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
   ☑ Arraignment  ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

(CASE AGENT WILL SERVE SUMMONS)

Date/Time: March 19, 2009 @ 9:30 a.m.

Before Judge: The Honorable Howard R. Lloyd

Comments: