JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

APR 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BLANCA GOMEZ,

Defendant.

No. CR 09-00152 HRL

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME

SAN JOSE VENUE

On April 16, 2009, the parties in this case appeared before the Court for a status conference. At the appearance, U.S. Attorney Law Clerk Christopher Judge and Assistant Federal Public Defender Lara Vinnard requested an exclusion of time under the Speedy Trial Act from April 16, 2009 to May 12, 2009. The basis for the exclusion is to afford AFPD Vinnard additional time to review and discuss the proposed plea agreement with the defendant. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

//

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/20/09

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: 4/20/09

/s/
LARA VINNARD
Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 16, 2009 to May 12, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the defendant the reasonable time necessary to prepare her defense and deny her an effective evaluation of the government's proposal, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4/21/09

HOWARD L. LLOYD
United States Magistrate Judge